# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEREK MATHEW FERDINAND,<br><br>                    Defendant. | CR-18-10-GF-BMM<br><br>**ORDER** |

Defendant Derek Mathew Ferdinand has moved for early termination of his current term of supervised release. (Doc. 38). The Government does not object. The Court conducted a hearing on the motion on January 6, 2021. Ferdinand's many supporters before the Court advocated for Ferdinand's commitment and progress toward the accomplishment of his goals. The Court determines that good cause exists to grant Ferdinand's motion for early termination of his supervised release term.   Accordingly, **IT IS HEREBY ORDERED** that Ferdinand's Motion for Early Termination of Supervised Release (Doc. 38) is **GRANTED**.

DATED this 6th day of January, 2021.

Brian Morris, Chief District Judge
United States District Court